424 A.2d 509

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Jose Enrique NIEVES, Jr., Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 13, 1980.

Decided Feb. 5, 1981.

Thomas G. Klingensmith, Asst. Public Defender, for appellant.

Edward F. Browne, Jr., Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM.

The Judgment of the Court of Common Pleas of Lancaster County is affirmed.